UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CHRISTOPHER MCCLOUD,

                Plaintiff,

    -v-

RIKERS ISLAND NURSE JANE DOE et al.,

                Defendants.

-----------------------------------------------------------x

07 Civ. 4576 (GEL)

ORDER

GERARD E. LYNCH, District Judge:

      The Court having received plaintiff's undated letter on June 6, 2008, it is hereby ORDERED that plaintiff's time to serve the summons and complaint on defendants is extended to September 8, 2008. If service has not been made on or before that date, the complaint will be dismissed, for failure to prosecute, pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure. There will be no further extensions of this deadline.

      The Clerk of the Court is respectfully directed to docket the attached undated letter from plaintiff to the Court.

SO ORDERED:

Dated: New York, New York
       June 9, 2008

                                              GERARD E. LYNCH
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08