UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
CHRISTOPHER MCCLOUD,                                        :
                                                            :
                              Plaintiff,                     :
                                                            :          07 Civ. 4576 (GEL)
              -v-                                            :
                                                            :          **ORDER**
RIKERS ISLAND NURSE JANE DOE et al.,                        :
                                                            :
                              Defendants.                    :
                                                            :
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

        The plaintiff having moved for an order dismissing this action without prejudice (Doc.
# 10), it is hereby ORDERED that this action is voluntarily dismissed pursuant to Fed. R. Civ. P.
41(a). The Clerk of Court is respectfully directed to close the case.


SO ORDERED.

Dated: New York, New York
       August 6, 2008


                                                    _____
                                                            GERARD E. LYNCH
                                                        United States District Judge